UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:26-cv-07433-SVW-MAR | Date: | September 14, 2026 |
| Title: | Jim Wilcox v. Stryker Corporation, et al., | | |

# JS-6

| | |
|---|---|
| Present: The Honorable | **STEPHEN V. WILSON, United States District Judge** |

| | |
|---|---|
| Daniel Tamayo | c/s 9-14-2026 |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Jonathan Ebrahimian | Holly R Lake |

**Proceedings:** NEW CASE STATUS CONFERENCE
MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff [12]

Case called. The Court **GRANTS** the MOTION to Remand Case to Los Angeles Superior Court [12]. The case is hereby **REMANDED.**

: 1
Initials of Deputy Clerk DTA